IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CIVIL NO. 13-MC-79

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MERCEDES HENDERSON,

    Defendant.

**APPLICATION FOR ORDER
FOR DEBTOR EXAMINATION**

This matter comes before the Court on the application of the United States for an Order for Debtor Examination. The United States appears by and through Andrew M. Luger, United States Attorney and Erin M. Secord, Assistant United States Attorney.

1. Jurisdiction of this Court is invoked pursuant to the Rules 26, 30(a)(b), and 69(a), Fed. R. Civ. P., 28 U.S.C. §636(a)(2) and 28 U.S.C. §3015.

2. Judgment for the United States was entered on October 04, 2013, against the defendant judgment debtor, in the sum of $42,437.21. The judgment debtor resides in Saint Paul, Minnesota, within the jurisdiction of this Court.

3. The judgment has not been satisfied, vacated or reversed, and there is now due and owing the sum of $35,481.62.

4. There has been no previous examination of the judgment debtor in connection with collection of this debt.

5. The United States of America has been unsuccessful in its attempts to have the debtor voluntarily provide financial information in aid of collection of the judgment.

WHEREFORE, the United States petitions this Court for an Order requiring the judgment debtor to appear before the Honorable David T. Schultz, United States Magistrate

Judge, Courtroom 9E, 300 South Fourth Street, Minneapolis, Minnesota on February 7, 2024, at 9:00 a.m., with a copy of the judgment debtor's last Federal Tax Return, a current pay stub, all documents evidencing ownership of personal or real property having a value in excess of $100, and all records and documents listed in Attachment A.  In the alternative, the judgment debtor may appear before the United States Magistrate Judge at the time and place directed above with a fully completed, signed and dated Financial Statement Form OBD-500, attached hereto.

Dated: January 2, 2024                      ANDREW M. LUGER
                                            United States Attorney

                                            BY: ERIN M. SECORD
                                            Assistant U.S. Attorney
                                            Attorney ID No. 0391789
                                            Email: erin.secord@usdoj.gov
                                            600 United States Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415
                                            (612) 644-5600
                                            Attorney for Plaintiff