# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: DAVD T. SCHULTZ |
| | U.S. Magistrate Judge |
| v. | |
| Mercedes Henderson, | Case No: 13-mc-79 JMB/DTS |
| | Date: February 7, 2024 |
| | Courthouse: Minneapolis |
| Defendant. | Courtroom: 9E |
| | Time Commenced: 9:20 a.m. |
| | Time Concluded: 9:21 a.m. |
| | Time in Court: 1 minute |

X **DEBTOR EXAMINATION HRG**

APPEARANCES:

Plaintiff: Erin Secord, Assistant U.S. Attorney
Defendant: Mercedes Henderson (pro se)

On  X  Debtor Examination hearing

X Defendant sworn in.

X Defendant found in compliance with Order, defendant released.

Additional Information:
Defendant present

_s/ jam_
Signature of Criminal Duty Clerk
